AMERICAN MATERIALS COMPANY, Appellant, v. HAROLD H. DUDEN, Doing Business as DUDEN COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.